**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOHN A. CORTESE, JR.** | **CIVIL ACTION** |
| **v.** | **NO. 18-3804** |
| **ARTHUR SABATINO, DAMON VASQUEZ, DOES 1-10, RICHARD J. ROSS, JR., and THE CITY OF PHILADELPHIA** | |

## ORDER RE: MOTION TO CORRECT

AND NOW, this 23rd day of April, 2020, upon consideration of Plaintiff's Motion to Correct and Amend the Original Caption to Correct Defendant's Name (ECF 20); Defendants' Response (ECF 21); and Plaintiff's Reply (ECF 22), it is hereby ORDERED that Plaintiff's Motion is GRANTED.  Plaintiff has leave to file an amended complaint with a corrected caption, naming Officer Edgar Vasquez, as a defendant within thirty (30) days.

BY THE COURT:

s/ Michael M. Baylson

_____

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 18\18-3804 Cortese v. Sabatino\18cv3804 Memo re Mot to Correct.docx