**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOHN A. CORTESE, JR.** | **CIVIL ACTION** |
| **v.** | **NO. 18-3804** |
| **ARTHUR SABATINO, DAMON VASQUEZ, DOES 1-10, RICHARD J. ROSS, JR., and THE CITY OF PHILADELPHIA** | |

## <u>ORDER RE: MOTION TO DISMISS</u>

AND NOW, this 19th day of August, 2020, the Court has reviewed Defendants Richard J. Ross, Jr.'s and the City of Philadelphia's Second Motion to Dismiss (ECF 32) and correspondence from Plaintiff's counsel stating that Plaintiff does not oppose the Motion.  As the Motion is unopposed, it is hereby ORDERED that the Motion is GRANTED and Counts III and VIII of the Amended Complaint are dismissed with prejudice.

**BY THE COURT:**

**s/ Michael M. Baylson**

_____

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 18\18-3804 Cortese v. Sabatino\18cv3804 Order re Mot to Dismiss 2.docx