# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN A. CORTESE, JR.<br><br>v.<br><br>ARTHUR SABATINO, DAMON VASQUEZ, DOES 1-10, RICHARD J. ROSS, JR., and THE CITY OF PHILADELPHIA | CIVIL ACTION<br><br>NO. 18-3804 |

## ORDER

**AND NOW,** this 5th day of November, 2020, upon consideration of Defendants Arthur Sabatino and Damon Vasquez' Motions to Partial Summary Judgment (ECF 33 & 38) and Plaintiff John Cortese, Jr.'s Responses (ECF 35 & 42), the Court hereby GRANTS Defendants' motions for summary judgment as to Counts VI and VIII. [1]

**BY THIS COURT:**

**s/ Michael M. Baylson**

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 18\18-3804 Cortese v. Sabatino\18cv3804 Order re MSJ.docx

---

[1] The Amended Complaint labels its final cause of action "Count VIII," when in fact it is the seventh count. For consistency's sake, the Court will refer to the conspiracy claim as Count VIII.