IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JOHN A. CORTESE, JR.<br><br>v.<br><br>ARTHUR SABATINO, DAMON VASQUEZ, DOES 1-10, RICHARD J. ROSS, JR., and THE CITY OF PHILADELPHIA | CIVIL ACTION<br><br>NO. 18-3804 |
|---|---|

### PRETRIAL ORDER

AND NOW, this 28th day of April, 2021, following a recorded telephone conference with counsel concerning pretrial matters on April 27, 2021, it is hereby **ORDERED**:

1. Counsel agreed that pretrial discovery was completed, and the case was ready for trial unless settled.

2. Designation of trial exhibits and deposition designations shall be made no later than July 16, 2021. Counter designations are due within fourteen (14) days and any objections are due by August 6, 2021. Any Motions related to these matters must be filed by August 13, 2021.

3. Any Motions in limine must be filed by August 13, 2021.

4. This case is listed for trial as a backup to another case as of September 15, 2021.

5. Counsel may contact Chambers for any updates on the prospects of settlement in view of the pandemic and Courtroom availability issues.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

MICHAEL M. BAYLSON, U.S.D.J.